UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO NUNO,<br><br>            Plaintiff,<br><br>     v.<br><br>GEORGIA-PACIFIC, LLC, et al.,<br><br>            Defendants. | Case No. 1:19−cv−01018−NONE−EPG<br><br>**ORDER EXTENDING CERTAIN PRETRIAL DEADLINES**<br><br>(ECF No. 13) |

Based on the parties' joint motion (ECF No. 13),[1] and good cause appearing, the Court orders the pretrial schedule in this matter to be amended, with additional changes to the pretrial conference and trial date due to the change in the dispositive motion filing date, as follows:

///

///

///

///

///

///

///

---

[1] The parties are reminded that pursuant to ECF No. 10, due to Judge O'Neill's retirement, the case number has changed to 1:19-cv-01018-NONE-EPG.

| Matter | Previous Date | New Date |
|---|---|---|
| Non-Expert (Fact) Discovery Cutoff | August 26, 2020 | October 26, 2020 |
| Expert Witness Designations | September 25, 2020 | November 24, 2020 |
| Rebuttal Designation of Expert Witnesses | October 23, 2020 | December 22, 2020 |
| Expert Discovery Cutoff | November 20, 2020 | January 19, 2021 |
| Dispositive Motion Filing Deadline | January 15, 2021 | March 4, 2021 |
| Pretrial Conference | May 18, 2021 | July 14, 2021 at 8:30 a.m. |
| Trial | July 20, 2021 | September 14, 2021 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:  **August 14, 2020**                /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE