# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FERNANDO NUNO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC, LLC, a limited liability company; DAN BRASHER, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:19−CV−01018−NONE−EPG<br><br>**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**<br><br>**(ECF NO. 15)** |

Based on the parties' joint motion (ECF No. 15), and good cause appearing, the Court orders the scheduling conference order (ECF No. 9), as previously modified (ECF Nos. 12, 14), to be further modified as follows:

| Matter | Prior date/deadline | New date/deadline |
|---|---|---|
| **Dispositive Motion Filing Deadline** | March 4, 2021 | June 2, 2021 |
| **Expert Discovery Cutoff** | January 19, 2021 | April 19, 2021 |
| **Expert Witness Rebuttal Deadline** | December 22, 2020 | March 22, 2021 |
| **Expert Witness Designations** | November 24, 2020 | February 22, 2021 |
| **Non-Expert (Fact) Discovery Cutoff** | October 26, 2020 | January 25, 2021 |
| **Pre-Trial Conference** | July 14, 2021 | September 30, 2021, 8:15 am Courtroom 4(NONE) |
| **Jury Trial** | September 14, 2021 | November 30, 2021, 8:30 am Courtroom 4 (NONE) |

IT IS SO ORDERED.

Dated:   **October 19, 2020**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE