UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO NUNO,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGIA-PACIFIC, LLC, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01018-NONE-EPG<br><br>ORDER RE: STIPULATED DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 17) |

The Parties have filed a stipulation to dismiss this entire action with prejudice. (ECF No. 17.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **February 8, 2021**                    /s/ Erica P. Grosjean
                                                                     UNITED STATES MAGISTRATE JUDGE